UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Steven Wayne Feldmann,

        Plaintiff,

v.

Valley Hospital Law, *et al.*,

        Defendants.

Case No. 2:14-cv-037-JAD-GWF

**Order**

    Plaintiff Steven Wayne Feldman filed a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 on January 7, 2014.  Doc. 1.  Although 28 U.S.C. § 1915 permits a prisoner plaintiff to commence a civil rights action without prepayment of filing fees, the plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.  The Court will not file the civil rights complaint until the matter of the payment of the filing fee is resolved.  Plaintiff has neither paid the filing fee nor filed an application to proceed *in forma pauperis*.

    Plaintiff has also failed to provide the Court with his current address.  Nevada Local Special Rule 2-2 states, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon

each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2.

In light of these deficiencies,

**IT IS HEREBY ORDERED** that plaintiff has 30 days from the date of this order to either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full filing fee of $400. The Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that Plaintiff has 30 days from the date of this order to notify this Court in writing of his current address.

**Plaintiff is strongly cautioned that his failure to fully and timely comply with any portion of this order will result in the dismissal of this action with prejudice.**

Dated July 21, 2014

_____
Jennifer Dorsey
United States District Judge