# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Steven Wayne Feldmann, | Case No. 2:14-cv-037-JAD-GWF |
| Plaintiff, | |
| v. | **Order of Dismissal** |
| Valley Hospital Law, *et al.*, | |
| Defendants. | |

Plaintiff Steven Wayne Feldman filed a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 on January 7, 2014.  Doc. 1.  Although 28 U.S.C. § 1915 permits a prisoner plaintiff to commence a civil rights action without prepayment of filing fees, the plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.  The court will not file the civil rights complaint until the matter of the payment of the filing fee is resolved. Additionally, Nevada Local Special Rule 2-2 requires a plaintiff to "immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice."  Nev. Loc. Special R. 2-2.

On July 21, 2014, the court advised Feldman of these requirements and gave him until August 20, 2014, to pay the filing fee or file an *in forma pauperis* application **and** update his address.  Feldman was "**strongly cautioned that his failure to fully and timely comply with any portion of this order will result in the dismissal of this action with prejudice.**" Doc. 3 at 2 (emphasis original).

Plaintiff has not paid the filing fee, filed a pauper application, or provided the court with his current address. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice for failure to prosecute or comply with the court's orders. The clerk of court is instructed to enter judgment accordingly and to close this case.

Dated November 12, 2014

_____
Jennifer Dorsey
United States District Judge